UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Hon. Faith S. Hochberg |
| v. | Criminal No.: 07-CR-135 (FSH) |
| DAVID NUMARK, | |
| Defendant. | **ORDER** |

THIS MATTER having been opened to the Court by A. Ross Pearlson of Sills Cummis & Gross, P.C., counsel for defendant David Numark, on letter application for an early termination of probation, and there being no objection by the Government and for good cause shown, it is hereby:

ORDERED, that defendant David Numark's term of probation imposed by judgment signed on November 16, 2007 in this matter shall be terminated as of May 26, 2009 and it is further:

ORDERED, that counsel for David Numark shall serve a copy of this Order on the United States Attorney's Office for the Eastern District of New York and the United States Probation Office for the District of New Jersey within ten (10) days of the signing of this Order.

Dated: May 26, 2009

SO ORDERED:

_____
Faith S. Hochberg
United States District Judge